IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KIMBERLY BOWERS, o/b/o : CIVIL ACTION
I.B., a minor child ;
:
vs. :
:
NANCY BERRYHILL, : NO. 16-4203
Acting Commissioner of the :
Social Security Administration[1] :

**O R D E R**

**AND NOW**, this 17th day of July, 2017, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response to Request for Review of Plaintiff, and Plaintiff' Reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, **IT IS ORDERED** that:

1. Plaintiff's objections to the Report and Recommendation are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. Judgment is entered affirming the decision of the Commissioner of the Social Security Administration and the relief sought by Plaintiff is **DENIED**; and

4. The Clerk of Court is hereby directed to mark this case **CLOSED**.

BY THE COURT:


/s/ Robert F. Kelly
ROBERT F. KELLY,   Sr. J.

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of the Social Security Administration. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted as the defendant in this case.